THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERBERT RUSSELL, Appellant.

(Argued October 20, 1936; decided December 1, 1936.)

*Newman Levy, James D. C. Murray, Jerome Handler* and *Theodore S. Jaffin* for appellant.

*William Copeland Dodge, District Attorney (Felix C. Benvenga* and *Erwin N. Schapira* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and O'BRIEN, JJ., on the ground that the judgment of conviction is against the weight of evidence.